TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DIAMOND J. ZAMBRANO
Assistant U.S. Attorney
Arizona Bar No. 036390
M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona Bar No. 023356
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: diamond.zambrano@usdoj.gov
Email: bridget.minder@usdoj.gov
Attorneys for Plaintiff

☒ FILED     ☐ LODGED

**Dec 12 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-01665-PHX-JJT (ASB) |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 18 U.S.C. § 641 |
| Christine Bryant, | (Theft of Government Property in an Amount Exceeding $1,000) |
| Defendant. | Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about November 3, 2023, in the District of Arizona, the defendant CHRISTINE BYRANT, willfully and knowingly did embezzle, steal, and purloin to her own use money, in an amount exceeding $1,000, from the United States Social Security Administration, an agency of the United States.

All in violation of 18 U.S.C. § 641 (Theft of Government Property in an Amount Exceeding $1,000).

Dated this 11th day of December, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Digitally signed by DIAMOND ZAMBRANO*
*Date: 2025.12.11 16:28:09 -07'00'*

DIAMOND J. ZAMBRANO
M. BRIDGET MINDER
Assistant U.S. Attorneys